UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

| | |
|---|---|
| In re:   Shannon Cynthia Schmitz | Case No. 19-56970-PJS<br>Chapter 13<br>Judge Shefferly |
| Debtor (s) | |
| _____/ | |
| Gigliotti & Associates, P.C.<br>Paul Gigliotti (P46167)<br>Douglas Chimenti (P67859)<br>Nicholas R. Glaeser (P76187)<br>15400 19 Mile Rd, Suite 115<br>Clinton Twp, MI 48038<br>ecfgigliotti@gmail.com<br>586-228-3636 | |
| _____/ | |

## **EX PARTE MOTION OF VOLUNTARY DISMISSAL OF CHAPTER 13 BANKRUPTCY**

NOW COMES Debtor, Shannon Cynthia Schmitz, by and through her attorneys, Gigliotti & Associates, P.C., and states as follows:

1. I desire to have my chapter 13 case dismissed immediately.

2. I also acknowledge that I have been advised by my attorney of all legal repercussions of dismissing my case.

WHEREFORE, Debtor prays this Honorable Court grant his motion and dismiss Chapter 13 Case No. 19-56970-pjs.

/s/ Shannon Cynthia Schmitz
Debtor

/s/ Paul Gigliotti
Gigliotti & Associates, P.C.
Paul Gigliotti (P46167)
Douglas Chimenti (P67859)
Nicholas R. Glaeser (P76187)
15400 19 Mile Rd, Suite 115
Clinton Twp, MI 48038
Paul@paulgigliotti.com
586-228-3636

Dated: 1/8/20

EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN - DETROIT

In re:   Shannon Cynthia Schmitz					Case No. 19-56970-PJS
									Chapter 13
									Judge Shefferly

Debtor (s)
_____/

Gigliotti & Associates, P.C.
Paul Gigliotti (P46167)
Douglas Chimenti (P67859)
Nicholas R. Glaeser (P76187)
15400 19 Mile Rd, Suite 115
Clinton Twp, MI 48038
ecfgigliotti@gmail.com
586-228-3636
_____/

## ORDER FOR VOLUNTARY DISMISSAL OF CHAPTER 13 BANKRUPTCY

The above captioned Debtor, having filed a petition for relief under Chapter 13 of the Bankruptcy Code and now desiring to voluntarily dismiss the case and in consideration of Debtor's Ex Parte Motion of Voluntary Dismissal of Chapter 13 Bankruptcy,

IT IS HEREBY ORDERED that Chapter 13 Case No. 19-56970 is dismissed.