UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

In re:   Shannon Cynthia Schmitz              Case No. 19-56970-PJS
                                              Chapter 13
                                              Judge Shefferly
Debtor (s)
_____/
Gigliotti & Associates, P.C.
Paul Gigliotti (P46167)
Douglas Chimenti (P67859)
Nicholas R. Glaeser (P76187)
15400 19 Mile Rd, Suite 115
Clinton Twp, MI 48038
ecfgigliotti@gmail.com
586-228-3636
_____/

## ORDER FOR VOLUNTARY DISMISSAL OF CHAPTER 13 BANKRUPTCY

The above captioned Debtor, having filed a petition for relief under Chapter 13 of the Bankruptcy Code and now desiring to voluntarily dismiss the case and in consideration of Debtor's Ex Parte Motion of Voluntary Dismissal of Chapter 13 Bankruptcy,

IT IS HEREBY ORDERED that Chapter 13 Case No. 19-56970 is dismissed.

**Signed on January 9, 2020**



/s/ Phillip J. Shefferly

**Phillip J. Shefferly
United States Bankruptcy Judge**